IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                                                  Plaintiff

v.                                                                Court No. 2:20CR039-KS-MTP-001

JEFFREY WAYNE ROLLINS                                                                     Defendant

       and

ESTATE OF CLARK JAMISON LEVI, DECEASED                                                    Garnishee
Via Dempsey M. Levi, Administrator
c/o Attorney Karl R. Steinberger
711 Delmas Avenue
Pascagoula, MS  39567

## WRIT OF GARNISHMENT

TO:    ESTATE OF CLARK JAMISON LEVI, DECEASED
         Via Dempsey M. Levi, Administrator
         c/o Attorney Karl R. Steinberger
         711 Delmas Avenue
         Pascagoula, MS  39567

       An application for Writ of Garnishment seeking property belonging to or due Defendant-Judgment Debtor Jeffrey Wayne Rollins was filed with this Court to enforce a judgment for the United States in this matter. As of September 14, 2023, the outstanding balance is $16,000,998.04.

       Pending further order of this Court, you shall withhold and retain all property in which Defendant-Judgment Debtor Jeffrey Wayne Rollins has a substantial nonexempt interest and for which you are or may become indebted to Defendant-Judgment Debtor Jeffrey Wayne Rollins, including but not limited to any checking or savings accounts, contents of safe deposit boxes, cash value of any and all insurance policies, retirement funds, securities, investments, stocks, bonds, LLC membership units/interests, mutual funds, certificates of deposit, pension funds, or

401(k) accounts, future distributions, buyout funds, retirement accounts, and earnings.[1]  *See* 28 U.S.C. § 3205(c)(2)(F).

Property that is exempt and that is not subject to this Writ is listed in the enclosed Clerk's Notice of Exemptions and Request for Hearing and/or Transfer which was served upon the Defendant.  **Do not deliver any property to the United States District Clerk of Court at this time.**  Instead, <u>withhold and retain</u> the property until the court orders its distribution and/or terminates this action.  *Id*.

As Garnishee, you are required by law to file an Answer <u>within ten (10) days of your receipt</u> of this Writ.  *See* 28 U.S.C. § 3205(c)(2)(E).  Your written Answer must be filed under oath, informing the Court of all required information pursuant to 28 U.S.C. § 3205(c)(4).  This includes any "property or rights to property" you hold or may hold in the future pertaining to Defendant-Judgment Debtor Jeffrey Wayne Rollins in any way.  *See* 18 U.S.C. § 3613(a).

If you are represented by counsel, who is an electronic case files (ECF) system user in the Southern District of Mississippi, your attorney may file your Answer electronically in ECF.  Otherwise, pursuant to 28 U.S.C. § 3205(c)(4), please mail or deliver the original answer to the United States Clerk of Court, United States District Court, 701 N. Main Street, Suite 200, Hattiesburg, MS  39401.  Additionally, you are required by law to serve a copy of your Answer to this Writ upon Defendant-Judgment Debtor Jeffrey Wayne Rollins at his address: REDACTED, Biloxi, MS  39532., and a copy to Financial Litigation Program, United States Attorney's Office, 501 E. Court Street, Suite 4.430, Jackson, MS  39201.  *Id.*

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments pursuant to a pension or retirement program.  *See* 15 U.S.C. § 1672; 28 U.S.C. § 3002(6).  "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld." *Id.*; 28 U.S.C. § 3002(5).  "Nonexempt disposable earnings" means 25% of disposable earnings.  *See* 28 U.S.C. § 3002(9).

A sample Answer of the Garnishee is enclosed for your convenience. You may use this form as your Answer, but you are not obligated to do so. Please ensure that all information required by federal law is included in your Answer. *See* 28 U.S.C. § 3205(c)(4).

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court to answer this Writ and withhold property before the appearance date. *See* 28 U.S.C. § 3205(c)(6). If you fail to answer, or appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award reasonable attorneys' fees to the United States. *Id*.



  September 14, 2023  
         DATE

_____  
HONORABLE ARTHUR S. JOHNSTON III  
UNITED STATES CLERK OF COURT  
SOUTHERN DISTRICT OF MISSISSIPPI